IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW NGUYEN MD PA,
ANDREW NGUYEN,
LINH NGUYEN,

    Plaintiffs,

v.                                    CASE NO. 1:04-cv-00026-MP-AK

KENNETH H CARLISLE,
DRUG ENFORCEMENT ADMINISTRATION,
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
WILLIAM SCHAUER,
DAVID P TURNER,
UNITED STATES,
ROBERT B YAKABEC,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 92, Motion to Continue Pretrial Conference, filed by the United States. The motion is granted, and the pretrial conference is hereby reset for Friday, June 10, 2005 at 9:00 a.m.

**DONE AND ORDERED** this  *5th*  day of May, 2005

                                      *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge