IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW NGUYEN MD PA,
ANDREW NGUYEN,
LINH NGUYEN,

    Plaintiffs,

v.                                                  CASE NO. 1:04-cv-00026-MP-AK

KENNETH H CARLISLE,
DRUG ENFORCEMENT
ADMINISTRATION, et al,

    Defendants.
_____/

**O R D E R**

    This matter came before the Court for a Pretrial Conference on June 10, 2005. As stated during the conference, the trial in this case shall be a combined jury/non-jury trial set for the trial term beginning Monday, October 31, 2005. The jury portion of the case will be tried before eight jurors, and the plaintiff will have six peremptory challenges, the government shall have three, and the other defendants shall collectively have a total of three. The plaintiffs shall be permitted to add the exhibit discussed during the hearing to plaintiffs' list. The defendants shall respond to plaintiffs' motion for summary judgment, and shall file any of their own motions for summary judgment, by June 22, 2005. The plaintiffs shall respond to any such motion by defendants by July 11, 2005.

    **DONE AND ORDERED** this _13th_ day of June, 2005

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge