IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW NGUYEN, M.D., an individual,
ANDREW NGUYEN, M.C., P. A.,
A Florida Professional Association, and
LINH NGUYEN

    Plaintiffs,

    vs.                                  Case No. 1:04CV26-MMP

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, et al.

    Defendants.
_____/

## UNITED STATES' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, ALTERNATIVELY FOR SUMMARY JUDGMENT

COMES NOW, Defendant the UNITED STATE OF AMERICA, represented by the undersigned Assistant United States Attorney, which hereby moves the Court to dismiss Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted, under Fed. R. Civ. Pro 12(b)(1)(6).

Alternatively, Defendant moves that summary judgment be entered in its favor as the material facts are uncontested and the law provides for recovery in favor of the United States, for the reasons forth in the accompanying memorandum of law.

WHEREFORE, the UNITED STATES, for the foregoing reasons, which it is submitted constitute good cause, moves the Court to grant this motion.

Submitted this 5th day of July, 2005

                                        Respectfully submitted,
                                        GREGORY R. MILLER
                                        United States Attorney

                                        <u>/S/ROY F. BLONDEAU, JR.</u>
                                        ROY F. BLONDEAU, JR.
                                        Assistant U. S. Attorney
                                        Florida Bar 210013
                                        111 North Adams Street, 4th Floor
                                        Tallahassee, Florida 32301
                                        (850)942-8430

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by ECF-Mail and/or U.S. Mail this 5th day of July, to the following:

Robert A. Rush, Esq.
726 N.E. First Street
Gainesville, Florida 32601
Attorney for Plaintiffs

John W. Jolly, Jr., Esq.
Jolly, Peterson & Cherr, P.A.
Post Office Box 37400
Tallahassee, Florida 32315
Attorney for Kenneth Carlisle
and David Turner

/S/ROY F. BLONDEAU, JR.
ROY F. BLONDEAU, JR.
Assistant United States Attorney