IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW NGUYEN MD PA,
ANDREW NGUYEN,
LINH NGUYEN,

    Plaintiffs,

v.                                                               CASE NO. 1:04-cv-00026-MP-AK

KENNETH H CARLISLE,
DRUG ENFORCEMENT ADMINISTRATION,
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION,
WILLIAM SCHAUER,
DAVID P TURNER,
USA,
ROBERT B YAKABEC,

    Defendants.

_____/

## **O R D E R**

This matter came before the Court for a telephone status conference on September 29, 2005. As discussed in the teleconference, the motion for substitution, doc. 125, is granted. Also, the trial currently set for October 31, 2005 is hereby continued, and a the Clerk is directed to issue a pre-trial order setting a pre-trial conference for January 19, 2006 at 2:00 p.m.

    **DONE AND ORDERED** this  _4th_   day of October, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge