I              N THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


ANDREW NGUYEN, M.D., an individual,
ANDREW NGUYEN, M.C., P. A.,
A Florida Professional Association, and
LINH NGUYEN

      Plaintiffs,

         vs.                               Case No. 1:04CV26-MMP

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, et al.

      Defendants.
_____/

## UNITED STATES' MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT, ALTERNATIVELY FOR SUMMARY JUDGMENT

COMES NOW, Defendant the UNITED STATE OF AMERICA, represented by the

undersigned Assistant United States Attorney, which hereby moves the Court to dismiss

Plaintiffs' Third  Amended Complaint,  for lack of subject matter jurisdiction and for  failure to

state a claim upon which relief can be granted, under Fed. R. Civ. Pro. 12(b)(1)(6), for the

reasons forth in the accompanying Memorandum of  Law.

Alternatively, Defendant moves that summary judgment be entered in its  favor as the

material facts are uncontested and the United States is entitled to judgment as a matter of law,

for those same reasons, pursuant to  Fed. R. Civ. Pro. 56(c).




WHEREFORE, for all the foregoing reasons,  the UNITED STATES moves the Court to