# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ANDREW NGUYEN, et al.**
    **Plaintiff(s)**
      **v.**    **CASE NO. 1:04cv26  MMP**

**DAVID TURNER, et al.**
    **Defendant(s)**
_____/

## ORDER FOR JURY MEALS

    It is **ORDERED** that the Clerk of the Court for the Northern District of Florida shall furnish, at the expense of the United States of America, such meals and lodging as necessary for the comfort and convenience of the jury during deliberation. in accordance with the Jury Fee Regulations.


    **DONE** and **ORDERED** this   21st   day of September**, 2006**


                                                 s/Maurice M. Paul
                                             **MAURICE M. PAUL, SENIOR**
                                             **UNITED STATES DISTRICT JUDGE**